**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 524 EAL 2018
                                                      :
              Respondent                 :
                                                    :   Petition for Allowance of Appeal from
                                                    :   the Order of the Superior Court
            v.                             :
                                                    :
                                                    :
SHURLAN ESPINOSA,                   :
                                                    :
              Petitioner                   :

## <u>ORDER</u>

**PER CURIAM**

        **AND NOW**, this 8th day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.